IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DENNIS F. BLEVINS, | ) | Bankruptcy Case No. 18-23190 |
|       Debtor | ) | |
| | ) | Chapter 13 |
| | ) | |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:  Clerk of Courts

SIR:

    Please enter our appearance on behalf of Peoples Natural Gas Company, LLC in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

    Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**Peoples Natural Gas Company LLC**
**c/o S. James Wallace, P.C.**
**845 North Lincoln Avenue**
**Pittsburgh, Pa. 15233**

Executed on:
September 20, 2018.

                                                               S. James Wallace, P. C.

                  By:       /s/S. James Wallace
                             Pa I.D. No.: 28815
                             Attorney for Peoples Natural Gas Company, LLC
                             845 North Lincoln Avenue
                             Pittsburgh, Pa. 15233-1828
                             412-652-9134
                             sjw@sjwpgh.com

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>
Regarding Request To Be Added to the Mailing Matrix

   I am the Attorney for Peoples Natural Gas Company, LLC, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

   ( X ) that there are no other requests to receive notices on behalf of this creditor, or

 (  ) that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:


   I declare under penalty of perjury that the foregoing is true and correct.
   <u>Executed on September 20, 2018.</u>

                 S. James Wallace, P. C.


           By:   <u>/s/S. James Wallace</u>
                Pa I.D. No.: 28815
                Attorney for Peoples Natural Gas Company, LLC
                845 North Lincoln Avenue
                Pittsburgh, Pa. 15233-1828
                412-652-9134
                sjw@sjwpgh.com

document1