IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dennis F. Blevins, | ) | Case No. 18-23190 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Dennis F. Blevins, | ) | Related to Document No. 30 |
| Social Security No. XXX-XX- 5532 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Orange Stones, Co. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 28, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Dennis Blevins  
145 Front Street  
Blairsville, Pa 15717

Orange Stones, Co.  
Attn: Payroll Dept.  
800 West 4th Street  
Williamsport, PA 17701

Date of Service: March 28, 2019

/s/ Abagale Steidl  
Abagale Steidl, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
asteidl@steidl-steinberg.com  
PA I.D. 319217