Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Dennis F. Blevins**                                           :     Case No. 18−23190−GLT
*Debtor(s)*                                                  :     Chapter: 13

:
:
:
:     Related to Docket No. 33
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 2nd of January, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dennis F. Blevins  
    Debtor

Case No. 18-23190-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                    Page 1 of 1                  Date Rcvd: Jan 02, 2020
                                  Form ID: 309                Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.
```
db            +Dennis F. Blevins,    145 Front St.,    Blairsville, PA 15717-4316
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14895586      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14895120       Credit Acceptance Corp,    PO Box 5070,    Southfield, MI 48086-5070
14895123      +First American Funding LLC,    c/o Mark Udren, Esq.,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
14895124       PennyMac Loan Services,    P.O. Box 514387,    Los Angeles, CA 90051-4387
14933128      +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14895119      +E-mail/Text: bankruptcy@cavps.com Jan 03 2020 03:08:13     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14895121      +EDI: CCS.COM Jan 03 2020 07:53:00      Credit Collection Service,    PO Box 607,
                Norwood, MA 02062-0607
14895122      +EDI: CCUSA.COM Jan 03 2020 07:53:00      Credit Collection/USA,    16 Distributor Drive, Suite 1,
                Morgantown, WV 26501-7209
14896018      +EDI: PRA.COM Jan 03 2020 07:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14895125      +EDI: RMSC.COM Jan 03 2020 07:53:00      Synchrony Bank/Walmart,    PO Box 965024,
                Orlando, FL 32896-5024
14895126      +EDI: WFFC.COM Jan 03 2020 07:53:00      Wells Fargo Dealer Services,    P.O. Box 1697,
                Winterville, NC 28590-1697
                                                                                                TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PENNYMAC LOAN SERVICES, LLC
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:
```
              Abagale E. Steidl    on behalf of Debtor Dennis F. Blevins asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```