**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DENNIS F. BLEVINS | Case No.:18-23190 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/09/2018 and confirmed on 09/19/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,905.60 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,905.60 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,211.87 | |
|   Trustee Fee | 462.28 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,674.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST AMERICAN FUNDING LLC | 0.00 | 2,362.67 | 0.00 | 2,362.67 |
|     Acct: 6170 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 3,707.98 | 0.00 | 3,707.98 |
|     Acct: 6794 | | | | |
|   FIRST AMERICAN FUNDING LLC | 18,000.00 | 1,160.80 | 0.00 | 1,160.80 |
|     Acct: 6170 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 820.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 6794 | | | | |
| | | | | 7,231.45 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS F. BLEVINS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 2,211.87 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | ***NONE*** | | | |
| Unsecured | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1267 | | | | |
|   CREDIT ACCEPTANCE CORP* | 9,682.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 5945 | | | | |
|   CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                  7,231.45

TOTAL CLAIMED
PRIORITY            0.00
SECURED        18,820.05
UNSECURED       9.682.82

Date: 02/12/2020                                       /s/ Ronda J. Winnecour
                                                       RONDA J WINNECOUR PA ID #30399
                                                       CHAPTER 13 TRUSTEE WD PA
                                                       600 GRANT STREET
                                                       SUITE 3250 US STEEL TWR
                                                       PITTSBURGH, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com